# Kevin P. Shea

*Attorney & Counselor at Law*
*34 West Queen's Way, PO Box 310*
*Hampton, VA  23669-0310*

| Phone: 757-727-7767 | kevinpshea@justice.com | Fax:  757-722-2484 |
| --- | --- | --- |

March 17, 2015

Honorable Fernando Galindo, Clerk
United States District Court for the
Eastern Division of Virginia
2400 West Avenue
Newport News, VA 23607

     Re:    Erick Bradley, et al v. DEA Agent Michael S. Stupar, et al

Dear Mr. Galindo:

     Please find enclosed one original and twelve copies of a redacted Complaint in regards to the above referenced matter, which I thank you to file with the Court. I ask that you please prepare the copies for service and return to my office.

     I have enclosed a check in the amount of $400.00 to cover the cost of filing.

     Should you have any questions, please feel free to contact my office. Thank you in advance for your assistance in this matter.

          Sincerely,

          Kevin P. Shea

KPS/jcm

enclosures

1