```
Court Name: United States District Court
Division: 2
Receipt Number: 24683026532
Cashier ID: tlevinso
Transaction Date: 03/16/2015
Payer Name: KEVIN SHEA
----------------------------------------
CIVIL FILING FEE
 For: KEVIN SHEA
 Amount:         $400.00
----------------------------------------
CHECK
  Check/Money Order Num: 2484
  Amt Tendered: $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

KEVIN SHEA
4:15cv17
```