VIRGINIA: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ERICK BRADLEY, et al

    Plaintiffs

v.                                                Case No.: 4:15 cv 17

DEA AGENT MICHAEL STUPAR, et al

    Defendants

## AFFIDAVIT OF LENDORA DALE
## EXHIBIT A
## DEFENDANT JANSSON ET AL'S
## BRIEF IN SUPPORT OF RULE 12(b)(5) MOTION TO DISMISS

# AFFIDAVIT

I, LENDORA DALE, hereby state the following:

1. That I, LENDORA DALE, am the Senior Administrative Assistant in the Hampton City Attorney's Office.
2. That on Friday, March 27, 2015, an unknown person delivered to my hands eleven (11) copies of a lawsuit, titled "Erick Bradley, et al, v. DEA Agent Michael Stupar, et al."
3. I was not requested to sign any documentation accepting service, nor was there mention that this person was attempting to exact service on the City Attorney.
4. The City Attorney, Vanessa Valldejuli, was in the office at the above referenced time, however no one requested to serve the documents onto the City Attorney.
5. The copies of the lawsuits were immediately date stamped and given to the designated attorney.

This affidavit was made upon oath and affirmation that the above listed statements are true and accurate to the best of my knowledge.

_April 15, 2015_
Date

_Lendora Dale_
Lendora Dale, Sr. Administrative Asst.

State of Virginia
City of Hampton

Subscribed and sworn before me on this 15th day of April, 2015, by LENDORA DALE.

My commission expires: 8-31-16
Registration number: 218896

_Christina E. Campana_
Notary Public



CHRISTINA E. CAMPANA
NOTARY PUBLIC
REGISTRATION # 218896
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
8-31-16



EXHIBIT A