VIRGINIA: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF VIRGINIA
Newport News Division

ERICK BRADLEY, et al

    Plaintiffs

v.                                                               Case No.: 4:15 cv 17

DEA AGENT MICHAEL STUPAR, et al

    Defendants

**DATE STAMPED COPIES OF SUMMONSES**
**EXHIBIT B**
**DEFENDANT JANSSON ET AL'S**
**BRIEF IN SUPPORT OF RULE 12(b)(5) MOTION TO DISMISS**



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Erick Bradley, et al )
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 4:15 cv 17
)
DEA Agent Michael Stupar, et al )
)
)
)
_Defendant(s)_ )

RECEIVED MAR 27 2015 CITY ATTORNEY

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ CPL Jacob Marmet
Hampton Police Department
40 Lincoln Street
Hampton, VA  23669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin P. Shea, Esquire
34 W. Queens Way
Hampton, VA  23669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/15          _____
                        Signature of Clerk or Deputy Clerk



EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Erick Bradley, et al | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15cv17 |
| DEA Agent Michael Stupar, et al | ) |
| | ) |
| *Defendant(s)* | ) |

RECEIVED MAR 27 2015 CITY ATTORNEY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SGT Michael Wisniewski
Hampton Police Department
40 Lincoln Street
Hampton, VA 23669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin P. Shea, Esquire
34 W. Queens Way
Hampton, VA 23669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/15

*Signature of Clerk or Deputy Clerk*



EXHIBIT B



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Erick Bradley, et al )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:15cv17
)
DEA Agent Michael Stupar, et al )
)
)
*Defendant(s)* )

**RECEIVED MAR 27 2015 CITY ATTORNEY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CPL Scott Gryszko
Hampton Police Department
40 Lincoln Street
Hampton, VA 23669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin P. Shea, Esquire
34 W. Queens Way
Hampton, VA 23669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/15

_____
*Signature of Clerk or Deputy Clerk*



EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Erick Bradley, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 4:15 cv 17 |
| DEA Agent Michael Stupar, et al | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

RECEIVED MAR 27 2015 CITY ATTORNEY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MPO Owen Elliott
Hampton Police Department
40 Lincoln Street
Hampton, VA 23669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin P. Shea, Esquire
34 W. Queens Way
Hampton, VA 23669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/15

_Signature of Clerk or Deputy Clerk_


EXHIBIT B



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Erick Bradley, et al )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 4:15 cv 17
)
DEA Agent Michael Stupar, et al )
)
)
)
_____ )
Defendant(s) )

RECEIVED MAR 27 2015 CITY ATTORNEY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MPO Joseph Jansson
Hampton Police Department
40 Lincoln Street
Hampton, VA 23669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin P. Shea, Esquire
34 W. Queens Way
Hampton, VA 23669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/15

_____
Signature of Clerk or Deputy Clerk

EXHIBIT B



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Erick Bradley, et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:15 cv 17 |
| DEA Agent Michael Stupar, et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

RECEIVED MAR 27 2015 CITY ATTORNEY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CPL Andrew Kline
Hampton Police Department
40 Lincoln Street
Hampton, VA 23669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kevin P. Shea, Esquire
34 W. Queens Way
Hampton, VA 23669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/15

*Signature of Clerk or Deputy Clerk*

